IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | Case No. 3:09cv045 |
| vs. : | |
| : | JUDGE WALTER HERBERT RICE |
| McCRAY POWELL, et al., : | |
| Defendants. : | |

ENTRY SUSTAINING PLAINTIFF'S MOTION FOR PARTIAL DISMISSAL (DOC. #68); ENTRY OVERRULING, AS MOOT, REMAINING ASPECT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. #42); TERMINATION ENTRY

This litigation is before the Court on the Government's Motion for Partial Dismissal (Doc. #68). With that motion, the Government seeks dismissal of the sole remaining claim in this litigation, to wit: that of Irene Hall ("Hall") to 3615 Dorset Drive, Dayton, Ohio ("Dorset Property"). The Government states that Hall has submitted sufficient documentation to establish that she satisfied the land contract on the Dorset Property, by paying off McCray Powell's mortgage on that property. Thus, the Court sustains the Government's Motion for Partial Dismissal (Doc. #68). As a result, the Court overrules, as moot, the remaining aspect of the Government's Motion for Summary Judgment (Doc. #42).

- 2 -

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 14, 2012

*(signature)*
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record.