IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　　:

　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　Case No. 3:09cv045
　　　vs.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　JUDGE WALTER HERBERT RICE
McCRAY POWELL, et al.,　　　　　:

　　　Defendants.　　　　　　　　:

---

ENTRY SUSTAINING PLAINTIFF'S MOTION FOR PARTIAL DISMISSAL
(DOC. #68); ENTRY OVERRULING, AS MOOT, REMAINING ASPECT
OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. #42);
TERMINATION ENTRY

---

This litigation is before the Court on the Government's Motion for Partial

Dismissal (Doc. #68).  With that motion, the Government seeks dismissal of the

sole remaining claim in this litigation, to wit: that of Irene Hall ("Hall") to 3615

Dorset Drive, Dayton, Ohio ("Dorset Property").  The Government states that Hall

has submitted sufficient documentation to establish that she satisfied the land

contract on the Dorset Property, by paying off McCray Powell's mortgage on that

property.  Thus, the Court sustains the Government's Motion for Partial Dismissal

(Doc. #68).  As a result, the Court overrules, as moot, the remaining aspect of the

Government's Motion for Summary Judgment (Doc. #42).

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

February 14, 2012

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record.